UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANE ROBERTS,<br><br>　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation registered to do business in the State of Washington,<br><br>　　Defendant. | NO. CV-06-0173-JLQ<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　BEFORE THE COURT is the parties' Stipulated Joint Motion for Dismissal with Prejudice. (Ct. Rec. 22). Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that the Plaintiff's complaints and the claims therein are Dismissed With Prejudice, without costs or attorneys fees to any party.

　　The Clerk of this court shall enter this Order, enter judgment of dismissal with prejudice, and forward copies to counsel, and close this file.

　　**DATED** this 3rd day of January 2007.

　　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1